Form osc1006 – osclr1006v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−17170−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   ALAND JACQUES
   136 MELROSE AVENUE
   IRVINGTON, NJ 07111

Social Security No.:
   xxx−xx−5933

Employer's Tax I.D. No.:

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE
DISMISSED FOR FAILURE TO COMPLY WITH
D.N.J. LBR 1006−1, PAYMENT OF FILING FEES IN INSTALLMENTS**

The Court having noted that the debtor filed a petition on April 9, 2019, and has failed to comply with the Court?s local rule, D.N.J. LBR 1006−1, Payment of Filing Fees in Installments as noted below:

☑   Debtor has not paid the filing fee in the amount of $310.00 in full at the time of the filing of the petition.

☐   Debtor has not submitted an Application for Individuals to Pay the Filing Fee in Installments.

☐   Debtor has submitted an Application for Individuals to Pay the Filing Fee in Installments, but has not paid with the petition the first installment payment in an amount equal to at least 25% of the filing fee.

It is hereby

ORDERED that the following document and/or fee must be submitted to the Clerk on or before 4/23/19 or the case will be dismissed.

☑   Full filing fee in the amount of $310.00

☐   Application for Individuals to Pay the Filing Fee in Installments

☐   Initial installment payment in the amount of $

☐   Balance of initial installment payment due in compliance with D.N.J. LBR 1006−1, in the amount of $

If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 4/23/19.

If an objection or request for a hearing is filed, you or your attorney must appear at a hearing to be held before the Honorable Stacey L. Meisel on

Date: May 8, 2019
Time: 10:00 am

Location: Courtroom 3A
Address:   Martin Luther King, Jr . Federal Building
          50 Walnut Street
          3rd Floor
          Newark, NJ 07102

Dated: April 10, 2019
JAN: sjp

                                        <u>Stacey L. Meisel</u>
                                        United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:
ALAND JACQUES
    Debtor

Case No. 19-17170-SLM
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Apr 10, 2019
                   Form ID: osc1006     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2019.
db             #+ALAND JACQUES,    136 MELROSE AVENUE,    IRVINGTON, NJ 07111-2143

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 10 2019 23:27:00     United States Trustee,
        Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
        Newark, NJ 07102-5235
                                                                                                                                     TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2019 at the address(es) listed below:
           Evelyn D. Latse    on behalf of Debtor ALAND  JACQUES edlatse@yahoo.com
           Marie-Ann  Greenberg    magecf@magtrustee.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                      TOTAL: 3