Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                          Case No.:  19−17170−SLM
                                          Chapter:  13
                                          Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   ALAND JACQUES
   136 MELROSE AVENUE
   IRVINGTON, NJ 07111

Social Security No.:
   xxx−xx−5933

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/12/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 12, 2019
JAN: rah

                                                                                   Jeanne Naughton
                                                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
ALAND JACQUES  
    Debtor

Case No. 19-17170-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 12, 2019  
                Form ID: 148    Total Noticed: 13

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2019.
db             #+ALAND JACQUES,    136 MELROSE AVENUE,     IRVINGTON, NJ 07111-2143
518183718      +BEST BUY/CBNA,    PO BOX 6497,     SIOUX FALLS, SD 57117-6497
518200665       DSNB MACY'S,    PO BOX 8218,     MONROE, OH  45050
518308080       Department Stores National Bank,     c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
518171380       Fay Servicing,    P.O. Box 619063,    Dallas, TX  75261-9063
518183721      +RAYMOUR AND FLANIGAN,    1000 MACARTHUR BV,     MAHWAH, NJ 07430-2035
518183724      +TBOM RETAIL,    PO BOX 4499,     BEAVERTON, OR 97076-4499
518200616      +TD Retail Card Services,     c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                 Dallas, TX 75380-0849
518305677       Wilmington Trust, National Association, et al,    c/o Fay Servicing, LLC,    PO Box 814609,
                 Dallas, TX 75381-4609
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 13 2019 00:24:46      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 13 2019 00:24:43      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518308267      +EDI: CITICORP.COM Jul 13 2019 03:43:00      Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
518183722       EDI: RMSC.COM Jul 13 2019 03:43:00      SYNCB/PC RICHARD,    PO BOX 965036,
                 ORLANDO, FL 32896-5036
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2019            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as Trustee for MFRA Trust 2014-2 c/o MFResidential Assets I, LLC
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Evelyn D. Latse    on behalf of Debtor ALAND   JACQUES edlatse@yahoo.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as Trustee for MFRA Trust 2014-2 c/o MFResidential Assets I, LLC
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```